COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



|  |  |  |
|---|---|---|
| | § | No. 08-20-00064-CR |
| | § | |
| EX PARTE: | § | Appeal from the |
| | § | |
| SLADE ALAN MOORE | § | County Court |
| | § | of Andrews County, Texas |
| | § | |
| | § | (TC# 19-0135) |
| | § | |

## MEMORANDUM OPINION

Slade Alan Moore has filed a notice of appeal of the trial court's interlocutory denial of his motion to quash information. We dismiss this attempted appeal for want of jurisdiction.

We do not have jurisdiction of an interlocutory appeal of the denial of a motion to quash information. *See Abbott v. State*, 271 S.W.3d 694, 696–97 (Tex.Crim.App. 2008)(standard for determining jurisdiction is not whether appeal is precluded by law, but whether appeal is authorized by law); *Webb v. State*, Nos. 10-12-00365-CR, 10-12-00366-CR, 2012 WL 5697585, at *1 (Tex.App.—Waco Nov. 15, 2012, no pet.)(memo op., not designated for publication)(no interlocutory appeal from the denial of a motion to quash indictment).

No law authorizes the interlocutory appeal of a denial of this motion. As such, we dismiss this appeal for want of jurisdiction.

April 9, 2020

YVONNE T. RODRIGUEZ, Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.

(Do Not Publish)